IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES JONES, | ) | 8:13CV275 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DRUG ENFORCEMENT AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on its own motion. On September 3, 2013, Plaintiff filed his Complaint in this matter. (Filing No. 1.) However, Plaintiff failed to provide this court with his address. (*Id.*) Plaintiff has an obligation to keep the court informed of his current address at all times. See NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff shall have until **October 30, 2013**, to apprise the court of his current address. If he fails to apprise the court of his address this case will be dismissed without prejudice and without further notice.

    2.    The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: October 30, 2010: deadline to inform court of address.

DATED this 2nd day of October, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.